THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Reginald
 Montgomery, Appellant.
 
 
 

Appeal From Orangeburg County
 J. C. Nicholson, Jr., Circuit Court Judge

Unpublished Opinion No. 2009-UP-134 
 Submitted March 2, 2009  Filed March 9,
2009  

APPEAL DISMISSED

 
 
 
 Deputy Chief Appellate Defender Wanda H. Carter, of Columbia; for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor David M. Pascoe, Jr., of Orangeburg, for Respondent.
 
 
 

PER CURIAM: Reginald
 Montgomery appeals his conviction and twenty-two year sentence for armed
 robbery.  Montgomery argues the trial court erred by admitting photographic
 lineup evidence.  Additionally, Montgomery asserts numerous pro se arguments.  After a thorough review of the record and
 both briefs pursuant to Anders v. California, 386 U.S. 738 (1967) and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsels motion to be relieved.[1]
APPEAL
 DISMISSED.
SHORT, THOMAS, and GEATHERS, JJ., concur.

[1] We decide this case without oral argument
pursuant to Rule 215, SCACR.